**UNITED STATES of America,
Appellee,**

v.

**Robert CAMILLE, Appellant.**

**No. 01–1032.**

United States Court of Appeals,
Eighth Circuit.

Submitted May 30, 2001.

Filed June 4, 2001.

Before HANSEN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

---

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri, adopting the report and recom-

**PER CURIAM.**

The district court[1] committed Robert Camille to the Attorney General's custody, pursuant to 18 U.S.C. § 4245, finding that he was suffering from a mental disease or defect for which he required care and treatment in a suitable facility. Camille appeals.

We are satisfied that the district court's findings are not clearly erroneous, *see United States v. S.A.,* 129 F.3d 995, 1000 (8th Cir.1997) (standard of review), *cert. denied,* 523 U.S. 1011, 118 S.Ct. 1200, 140 L.Ed.2d 329 (1998), as they are supported by the opinion of both the government's medical expert and Camille's medical expert, *see United States v. Lewis,* 929 F.2d 440, 442 (8th Cir.1991) (per curiam); *United States v. Steil,* 916 F.2d 485, 488 (8th Cir.1990).

Accordingly, we affirm the judgment of the district court.

---

mendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.